UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASSERTIO THERAPEUTICS, INC. & APR APPLIED PHARMA RESEARCH SA, <br><br> Plaintiffs, <br><br> v. <br><br> PATRIN PHARMA, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 20-cv-05055 (CPK/SF) ) ) ) ) ) ) |

## AGREED MOTION FOR ENTRY OF
## JUDGMENT AND ORDER OF PERMANENT INJUNCTION

Plaintiffs Assertio Therapeutics, Inc. and APR Applied Pharma Research SA, along with Defendant Patrin Pharma, Inc., by their respective attorneys, having settled their dispute on terms mutually acceptable to the parties, hereby move this Court for entry of the attached Judgment and Order for Permanent Injunction. Entry of the attached Judgment and Order of Permanent Injunction will bring the present action to a conclusion.

Respectfully submitted,

By: */s/Emer L. Simic*

Robert F. Green (ARDC No. 1045466)
   rgreen@greengriffith.com
Christopher T. Griffith (ARDC No. 6197487)
   cgriffith@greengriffith.com
Emer L. Simic (ARDC No. 6297628)
   esimic@greengriffith.com
Olga Schwier (ARDC No. 6331520)
   oschwier@greengriffith.com
**GREEN, GRIFFITH & BORG-BREEN LLP**
City Place, Suite 3900
676 North Michigan Avenue
Chicago, Illinois 60611
Telephone: (312) 883-8000
Facsimile: (312) 883-8001

*Attorneys for Plaintiff*
*Assertio Therapeutics, Inc. &*
*APR Applied Pharma Research SA*

Dated: March 9, 2021

By: */s/ Frederick R. Ball*

Frederick R. Ball
DUANE MORRIS LLP
100 High Street, Suite 2400 Boston, MA
02110-1724 Telephone: (857) 488-4229
Facsimile: (312) 277-1945
E-mail: FRBall@duanemorris.com

Patrick C. Gallagher, Ph.D
DUANE MORRIS LLP
1875 NW Corporate Boulevard, Suite 300 Boca Raton, FL 33431-8561
Telephone: (561) 962-2131
E-mail: PCGallgher@duanemorris.com

Dennis A. Bennett
**GLOBAL PATENT GROUP, LLC**
East Professional and Medical Center Building
Second Floor
Carretera #3 Km 19.9
Canóvanas, Puerto Rico 00729

*Of Counsel for Plaintiffs*
*Assertio Therapeutics, Inc. &*
*APR Applied Pharma Research SA*

Andrea M. Augustine
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700 Chicago, IL 60603-3433, USA
Telephone: (312) 499 6771
E-mail: amaugustine@duanemorris.com

Jiazhong Luo, Ph.D.
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196 Telephone: (215) 979-1809
E-mail: jluo@duanemorris.com

*Attorneys for Patrin Pharma, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 9, 2021, the foregoing **AGREED MOTION** and **JUDGMENT AND ORDER OF PERMANENT INJUNCTION** identified therein were filed with the Clerk of Court using the ECF system and in compliance with the General Order on Electronic Case Filing. As such, these documents were served on all parties who are deemed to have consented to electronic service.

*/s/ Emer L. Simic*